UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | 24-532 (RC) |
| v. | : | |
| | : | |
| SHARON WASHINGTON, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

Defendant Sharon Washington agrees to admit guilt and enter a plea of guilty to Count One of the Information, which charges Washington with Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349. Pursuant to Federal Rule of Criminal Procedure 11, the Government and Washington, with concurrence of her attorney, agree and stipulate that the Government would prove the following facts at trial beyond a reasonable doubt:

### Background

1. At all relevant times, Defendant Sharon Washington was employed by the Washington Metropolitan Area Transit Authority ("WMATA") that operated in the District of Columbia and elsewhere.

2. Co-conspirator 1 was employed as a Train Operator by WMATA that operated in the District of Columbia and elsewhere.

3. Person 1 was a physician.

4. WMATA was created by an interstate compact in 1967 to plan, develop, build, finance, and operate a balanced regional transportation system in the District of Columbia area. WMATA operated and maintained metro train and bus services in and around the District of Columbia area.

5. American Family Life Assurance Company ("AFLAC") was an insurance company based in Georgia. AFLAC provided health care insurance services to WMATA and its employees, including for medical and disability insurance. AFLAC was a "health care benefit program" as defined in 18 U.S.C. § 24(b).

6. When filing an AFLAC disability claim, a policy holder submitted several forms, including, but not limited to, an "Initial Disability Claim Form" or a "Continuing Disability Claim Form." These forms were filled out with policy holder/patient information (e.g., name, DOB, address) and descriptive information about the disability (e.g., date of occurrence, how it occurred). Another necessary form was an "Initial Disability Claim Form – Physician's Statement." This form included similar policy holder/patient information and other specifics that were filled out by the patient's physician and/or the physician's office (e.g., diagnosis information, date/details about the injury, date the patient was first seen by the physician). At the bottom of this form was also a signature line to be completed by the patient's physician.

## Health Care Fraud Conspiracy

7. Washington knew Co-conspirator 1 as someone who could help WMATA employees obtain additional money by submitting disability claims on their behalf.

8. Washington and Co-conspirator 1 agreed that Washington could obtain money by having Co-conspirator 1 submit a disability claim to AFLAC on Washington's behalf.

9. Washington and Co-conspirator 1 agreed that Co-conspirator 1 would receive a portion of the insurance payout if the disability claim was approved and funded.

10. Washington provided Co-conspirator 1 with the information needed to submit disability claims to AFLAC, including, but not limited to, Washington's name, date of birth, and

address, the name and contact information of Person 1, copies of Washington's WMATA paystubs, and Washington's AFLAC insurance policy information.

11. Between on or about April 11, 2022, and on or about September 7, 2022, with Washington's permission, Co-conspirator 1 submitted fraudulent disability or health care claims that were purportedly signed by Person 1, even though Person 1 did not sign the claims, on or about the following dates:

| Date Paid | AFLAC Claim # | Amount Paid to Washington By AFLAC |
|---|---|---|
| 4/11/2022 | 034062041 | $19,590.00 |
| 6/28/2022 | 035186963 | $8,048.33 |
| 9/7/2022 | 036352223 | $8,035.00 |
| TOTAL | | $35,673.33 |

12. At the time Co-conspirator 1 submitted each claim, Washington knew that she was not disabled and that the disability claim was fraudulent.

13. The "Physician's Statement" included with each Initial Disability Claim Form was purportedly completed and signed by Person 1. Person 1 did not complete or sign the Physician's Statements. The Physician's Statements were actually completed and signed by Co-conspirator 1.

14. Each claim and its supporting documents were fraudulent insofar as none of the documents were completed or signed by Person 1, Washington was not injured on the dates indicated, Washington continued to work for WMATA and collected her regular paychecks during the periods she was purportedly disabled, and Washington was not treated by Person 1 on the dates indicated.

15. After Washington received payment from AFLAC for each of the foregoing fraudulent claims, she paid a portion of the claim proceeds to Co-conspirator 1, fulfilling her agreement to kick back a portion of the claim proceeds to Co-conspirator 1 in exchange for Co-conspirator 1's assistance in preparing and submitting the fraudulent disability claims.

    Respectfully Submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

    *Brian P. Kelly*
    BRIAN P. KELLY
    Assistant United States Attorney
    D.C. Bar No. 983689

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 11-11-2024
12/k/20M

Sharon Washington
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: 11/15/2024
12/15/2024

/s/ Jesse Winograd
Jesse Winograd
Counsel for Defendant

5